UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Raymond Thomas Loyd     *
5024 Yorktown Blvd     *
Arlington, VA 22207     *
    *
       Plaintiff,     *
    *
v.     *     CA No.:
    *
United States of America     *
    *
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
(Office of the General Counsel
Room 7427)
Washington, D.C. 20535-0001)
       Defendant,     *
    *

## COMPLAINT

COMES NOW the Plaintiff, Raymond Thomas Loyd, by Counsel, and files his complaint for relief against the Defendant and alleges as follows:

1. This action arises under Federal Tort Claims Act, 28 U.S.C. §§ 2671 et seq.

2. The Plaintiff is a resident of Virginia. The complained of motor vehicle collision occurred in the District of Columbia.

3. The Defendant, the United States of America, is amenable to suit under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680.

4. On January 5, 2007, and within two years of the complained of motor vehicle collision, the Plaintiff presented a written notice and completed Form SF 95, to the Washington Field Office of the Federal Bureau of Investigations, setting forth Plaintiff's claim for damages in the amount of $752,000.00.

5. On June 11, 2007, Defendant issued its denial of the claim. This action is filed within six months of the denial.

6. Jurisdiction over this action is conferred upon this court by 28 U.S.C. §§ 1346(b). Venue in this court is proper under 28 U.S.C. §§ 1402(b).

7. On January 18, 2005, at approximately 10:05 a.m., Mr. Loyd was properly stopped, while operating his vehicle, at a red light on eastbound Constitution Avenue, and 7th Street, N.W., Washington, D.C, when his vehicle was rear-ended by a vehicle operated by Special Agent Leslie Martell, who, at that time, was an employee of the United States Government, and was acting within the course and scope of that employment at the time of the collision. The vehicle, operated by Special Agent Leslie Martell, upon information and belief, was owned by the Defendant, the United States of America.

8. Defendant, the United States of America, by and through its agent, servant and employee, Leslie Martell, was negligent in that she, among other things:

   (a) failed to keep a proper lookout;

   (b) failed to keep her vehicle under proper control;

   (c) failed to take or attempt to take reasonable avoidance action;

   (d) failed to stop in time to avoid a collision

   (e) otherwise failed to act prudently under the circumstances, all of which negligence and carelessness constituted the proximate cause of the collision.

9. As a direct and proximate result of the negligence of the Defendant, the UNITED STATES OF AMERICA, by and through its employee and agent, Leslie Martell, the Plaintiff was caused to sustain severe and permanent harm as a result of the United States' conduct, suffered serious and permanent injuries, has been prevented from transacting his business, has suffered and

will continue to suffer great pain of body and mind; has sustained loss of earnings and earning capacities; and has incurred and will incur in the future, hospital, doctor and related bills in an effort to be cured of said injuries, and has sustained property damage of at least $2000.

WHEREFORE, Plaintiff demands judgment against the Defendant, the United States of America, as follows:

1. The sum of $752,000.00 for Plaintiff for damages for past, present and future medical expenses, lost wages, loss of future wages, impairment of earnings capacity, loss of enjoyment of life, pain and suffering; personal injury, anxiety and inconvenience, property loss to his vehicle and diminution in value, interest from January 5, 2005 until paid, and such other relief as the Court may deem proper.

Raymond Thomas Loyd
By Counsel

   **/s/ William Aramony Esq.**

William Aramony Esq. ( DC Bar #259895)
Bankers Square
100 North Pitt Street Suite 200
Alexandria, VA 22314
Phone: 703-299-8496
Fax:    703-299-0603
billcfr@verizon.net


Alan Rosenblum, Esquire (VSB 019973)
*Pro hac vice*,
Rosenblum & Rosenblum, LLC
228 South Washington Street, #300
Alexandria, Virginia  22314
Phone: 703-548-9002; fax: 703-548-8774
alan@rosenblumllc.com

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Raymond Thomas Loyd

88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
United States of America, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

William Aramony Esq. ( DC Bar #259895)
Bankers Square
100 North Pitt Street Suite 200
Alexandria, VA 22314
Phone: 703-299-8496

Case: 1:07-cv-01985
Assigned To : Robertson, James
Assign. Date : 11/2/2007
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⊙ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ⊙ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Federal Tort Claims Act, 28 U.S.C. §§ 2671    motor vehicle collision

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 752,000    Check YES only if demanded in complaint
JURY DEMAND:    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 11.2.07    SIGNATURE OF ATTORNEY OF RECORD   /s/

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.