UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND THOMAS LOYD        )
                           )
                           )
v.                         ) CA No. 1:07-CV-01985
                           )
UNITED STATES OF AMERICA   )
FEDERAL BUREAU OF INVESTIGATION )

## PROOF OF SERVICE

I, Ramona C. Cohen, make the following declaration with personal knowledge:

1. I am not a party to this action.

2. I have attained the lawful age of 18.

3. The Complaint was filed in the above-captioned action on November 2, 2007.

4. On December 28, 2007 a copy of the summons and complaint were served on the United States Attorney by hand delivery at 555 3rd Street, NW, Washington, DC. Service was accepted at 10:30 a.m. by Mr. Nails.

5. On December 28, 2007 a copy of the summons and complaint were served on the Federal Bureau of Investigation by delivering a copy by hand to the Justice Department at 10th and Constitution Avenue, NW, Washington DC at approximately 11 a.m.

6. On December 28, 2007 a copy of the summons and complaint were served by hand on the Attorney General at the designated office at the Department of Justice, 10th and Constitution Avenue, N.W., Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 31, 2007

_Ramona Cohen_
Ramona Cohen