IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND THOMAS LOYD </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA </br> FEDERAL BUREAU OF </br> INVESTIGATION </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-01985 (JR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**MEET AND CONFER STATEMENT**

Pursuant to Rule 16.3(c) and Rule 26(f) of the Federal Rules of Civil Procedure, and pursuant to LCvR 16.3, after conference held March 10, 2008, the Parties file this joint discovery plan.

**Rule 16.3 Topics**

1. **Status of Depositive Motions**

The Parties do not anticipate filing any dispositive pre-discovery motions.

2. **Amended Pleadings**

The Parties do not intend to amend their respective pleadings.

3. **Assignment to Magistrate Judge**

At this time, the Plaintiff does not agree at this time to the assignment of this case to a magistrate judge but may utilize the U.S. Magistrate Judge under ADR procedures. Defendant consents to the assignment of this case to a magistrate judge.

4. **Settlement Possibility**

Settlement is likely after Defendant's expert has had a chance to conduct an independent medical examination on Plaintiff.

5. **Alternative Dispute Procedures**

The Parties believe that ADR is likely after Defendant's expert has conducted an independent medical examination on Plaintiff.

6. **Summary Judgment**

After the close of a full discovery period, the Parties agree and propose the following scheduled for filing dispositive motions: motions within sixty (60) days, oppositions filed thirty (30) days thereafter and replies filed twenty-one (21) days after service of the corresponding opposition.

7. **Initial Disclosures**

The Parties will make initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) by April 3, 2008.

8. **Discovery**

The Parties anticipate that this case will resolve after discovery has been completed. Defendant anticipates that it will request an independent medical examination of the Plaintiff. In addition, Defendant anticipates that it will request/subpoena any and all of the Plaintiff's medical records and records from employers pertaining to lost wages, if any, and other records pertaining to Plaintiff's finances.

Defendant proposes the following discovery schedule (all time-frames are calculated from the date of the Initial Scheduling Conference):

a. Proponent's Rule 26(a)(2) statements                    60 days

b.       Opponent's Rule 26(a)(2) statements       90 days

c.       All discovery closed       180 days

Defendant believes that discovery matters, including limitations placed on discovery, should be governed by the Federal Rules of Civil Procedure and the Rules of the United States District Court for the District of Columbia. Specifically, that twenty-five (25) interrogatories and seven (7) depositions per party will be sufficient.

9. **Experts**

Expert Witness Reports: See 8(a) and (b) above. The Parties agree and propose that all other requirements of Fed.R.Civ.P. 26 regarding experts should apply.

10. **Bifurcation of Discovery or Trial**

The Parties agree that there is no need for bifurcation at this time.

11. **Proposed Date for The Pretrial Conference**

The Parties agree and propose that a pretrial conference should be scheduled following the Court's rulings on any post-discovery dispositive motion.

12. **Trial Date**

The Parties agree and propose that the Court should schedule a trial date at the pretrial conference.

Respectfully Submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE D.C. BAR # 960245
Assistant United States Attorney

/s/_____
WILLIAM ARAMONY ESQ. ( DC Bar #259895)
Bankers Square
100 North Pitt Street Suite 200
Alexandria, VA 22314
703-299-8496
 billcfr@verizon.net


Alan Rosenblum, Esq. (VSB 019973)
*Pro haec vice*, pending     Rosenblum & Rosenblum, LLC
228 South Washington Street, #300
Alexandria, Virginia  22314
703-548-9002
alan@rosenblumllc.com