IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND THOMAS LOYD**  )<br>     Plaintiff,                                       )<br>     v.                                                   )   Civil Action No. 07-01985 (JR)<br>                                                         )<br>                                                         )<br>**UNITED STATES OF AMERICA**    )<br>     **FEDERAL BUREAU OF**              )<br>          **INVESTIGATION**                    )<br>          Defendant.                               )<br>                                                         ) | |

### MOTION FOR ADMISSION PRO HAC VICE OF ALAN ROSENBLUM, ESQUIRE

   WILLIAM ARAMONY ESQ. ( DC Bar #259895) (the "Movant"), a member in good standing of the bar of the District of Columbia and an attorney admitted to practice before this Court, hereby moves the Court to enter an Order permitting Alan Rosenblum, Esquire, a member in the law firm of Rosenblum & Rosenblum. L.L.C., ("Mr. Rosenblum "), to appear *pro hac vice* before this Court as counsel, on behalf of **RAYMOND THOMAS LOYD**, the Plaintiff, pursuant to LCvR 83.2 (d). In support thereof, the Movant states as follows:

   1.    Mr. Rosenblum is a member in good standing of the Bar of the Commonwealth of Virginia since 1980 and he is admitted to practice before all state courts in Virginia. Mr. Rosenblum is admitted to practice before the United States Court of Appeals for the Fourth Circuit and the United States District Court for the Eastern District of Virginia. There are no disciplinary proceedings pending against Mr. Rosenblum.

   2.    The Movant requests that this Court permit Mr. Rosenblum to endorse and file pleadings, as counsel, for the Plaintiff , and to appear and be heard, along with Movant, in the above case and related matters.

WHEREFORE, the Movant respectfully requests the Court enter an Order substantially in the form submitted herewith permitting Mr. Rosenblum to appear and be heard *pro hac vice* in association with the Movant, as counsel for Plaintiff, Raymond Thomas Loyd ,and to appear and be heard in the above case and related matters and grant such other relief as necessary and appropriate.

Date: March_____, 2008

/s/_____
WILLIAM ARAMONY ESQ. ( DC Bar #259895)
Bankers Square
100 North Pitt Street Suite 200
Alexandria, VA 22314
703-299-8496
 billcfr@verizon.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAYMOND THOMAS LOYD | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-01985 (JR) |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTGATION | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION FOR ADMISSION PRO HAC VICE OF ALAN ROSENBLUM, ESOUIRE**

  WILLIAM ARAMONY ESQ. ( DC Bar #259895) (the "Movant"), a member in good standing of the bar of the District of Columbia and an attorney admitted to practice before this Court, hereby moves the Court to enter an Order permitting Alan Rosenblum, Esquire, a member in the law firm of Rosenblum & Rosenblum. L.L.C., ("Mr. Rosenblum "), to appear pro hac vice before this Court as counsel, on behalf of **RAYMOND THOMAS LOYD**, the Plaintiff, pursuant to LCvR 83.2 (d). In support thereof, the Movant states as follows:

 1. Mr. Rosenblum is a member in good standing of the Bar of the Commonwealth of Virginia since 1980 and he is admitted to practice before all state courts in Virginia. Mr. Rosenblum is admitted to practice before the United States Court of Appeals for the Fourth Circuit and the United States District Court for the Eastern District of Virginia. There are no disciplinary proceedings pending against Mr. Rosenblum.

 2. The Movant requests that this Court permit Mr. Rosenblum to endorse and file pleadings, as counsel, for the Plaintiff , and to appear and be heard, along with Movant, in the above case and related matters.

WHEREFORE, the Movant respectfully requests the Court enter an Order substantially in the form submitted herewith permitting Mr. Rosenblum to appear and be heard pro hac vice in association with the Movant, as counsel for Plaintiff, Raymond Thomas Loyd ,and to appear and be heard in the above case and related matters and grant such other relief as necessary and appropriate.

Date: March 21st, 2008


_____  /s/_____
WILLIAM ARAMONY ESQ. ( DC Bar #259895)
Bankers Square
100 North Pitt Street Suite 200
Alexandria, VA 22314
703-299-8496 billcfr@verizon.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND THOMAS LOYD**<br>    **Plaintiff,**<br>    v.<br><br>**UNITED STATES OF AMERICA**<br>**FEDERAL BUREAU OF**<br>    **INVESTIGATION**<br>    **Defendant.** | )<br>)<br>) Civil Action No. 07-01985 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF ALAN ROSENBLUM IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE

ALAN ROSENBLUM HEREBY DECLARES UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, AND THE DISTRICT OF COLUMBIA AND THE COMMONWEALTH OF VIRGINIA THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

Pursuant to LCvR 83.2(d) the following information is provided:

(1) the full name of the attorney: Alan Rosenblum

(2) the attorney's office address and telephone number: Rosenblum & Rosenblum L.L.C.,228 South Washington Street, Suite 300, Alexandria, Virginia 22314; mailing address: P.O. Box 320039, Alexandria, VA 22320, 703-548-9002; facsimile: 703-548-8774; email: alan@rosenblumllc.com.

(3) list of all bars to which the attorney has been admitted: Virginia ( VSB # 19973) since 1980, all state and federal courts; South Carolina ( SC Bar # 4859) since 1977; United States Court of Appeals for the Fourth Circuit and the United States District Court for the Eastern District of Virginia and the United States District Court for South Carolina.

(4) certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the

discipline: I have not been disciplined by any bar, however, I have allowed my license to practice law in the State of South Carolina to lapse for non-compliance with South Carolina CLE requirements as of 2007, but anticipate reinstatement. I have not actively practiced in South Carolina since 1980.

(5) the number of times the attorney has been admitted *pro hac vice* in this Court within the last two years: I have last appeared and been admitted *pro hac vice,* on November 29, 2005 as counsel for a creditor (wife's company) in a Chapter 11 bankruptcy confirmation hearing, In Re: SER CORPORATION Case No. 04-01249.

(6) whether the attorney, if the attorney engages in the practice of law from an office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending: I do not have an office in the District of Columbia, nor do I have any pending application.

March 20, 2008

_/s/_____
Alan Rosenblum

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND THOMAS LOYD** ) | |
|     **Plaintiff,** ) | |
|     v. ) | Civil Action No. 07-01985 (JR) |
| ) | |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
|     **FEDERAL BUREAU OF** ) | |
|         **INVESTIGATION** ) | |
|     **Defendant.** ) | |
| ) | |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ALAN ROSENBLUM**

UPON CONSIDERATION of the Motion for the admission, *pro hac vice*, of Alan Rosenblum, and his Declaration pursuant to LCvR 83.2 (d); and,

IT APPEARING that such motion is proper and should be Granted;

IT IS ORDERED that Alan Rosenblum, be and is hereby admitted, *pro hac vice,* in the above styled matter, along with William Aramony, as counsel for the Plaintiff, Raymond T. Loyd.

IT IS SO ORDERED.

March ____2008

_____
James Robertson,
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND THOMAS LOYD ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-01985 (JR) |
| ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION ) | |
| Defendant. ) | |
| _____) | |

CERTIFICATE OF SEVICE

The undersigned hereby certifies that a true and correct copy of MOTION FOR ADMISSION PRO HAC VICE OF ALAN ROSENBLUM, ESOUIRE, and DECLARATION OF ALAN ROSENBLUM IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE and Proposed ORDER was handed on March 20, 2008 and mailed this March 21, 2008, to:

BLANCHE L. BRUCE
Assistant United States Attorney
United States Attorney
555 4th Street, N.W,
Washington, D.C. 20530


　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　William Aramony, Esq. (DC Bar #259895)