UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND THOMAS LOYD,                  :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 07-1985 (JR)
                                      :
UNITED STATES OF AMERICA,             :
                                      :
        Defendant.                    :

## ORDER

After a scheduling conference held in chambers on March 20, 2008, it is,

**ORDERED** that discovery may begin immediately and is to be completed September 22, 2008. It is

**FURTHER ORDERED** that the final pretrial conference is set for **October 16, 2008 at 4:30 p.m.**, and that trial will commence at **9:30 a.m. on October 28, 2008**. And it is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

                                        JAMES ROBERTSON
                                    United States District Judge