UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND THOMAS LOYD,           :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civil Action No. 07-1985 (JR)
                               :
UNITED STATES OF AMERICA,      :
                               :
        Defendant.             :

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Alan Rosenblum [7], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                              JAMES ROBERTSON
                         United States District Judge