IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND THOMAS LOYD** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 07-01985 (JR) |
| | ) |
| **UNITED STATES OF AMERICA FEDERAL BUREAU OF INVESTIGATION** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT REQUEST FOR MEDIATION**

The parties jointly request that the Court refer this case for mediation and that a mediator be assigned to handle the mediation.

___/s/_____          _____/s/_____
WILLIAM ARAMONY ESQ.DC Bar #259895     Jefffrey A. Taylor, D.C. BAR # 498610
Alan Rosenblum, Esq. (VSB 019973)      Rudolph Contreras, D.C. BAR # 434122
*Pro haec vice*, pending               Blanche L. Bruce, D.C. BAR # 960245
Rosenblum & Rosenblum, LLC             Assistant United States Attorney
228 South Washington Street, #300      555 Fourth Street, N.W., Room E-4220
Alexandria, Virginia  22314            Washington, D.C. 20530
703-548-9002                           (202) 307-6078 (telephone)

Attorneys for Plaintiff                Attorneys for Defendant

Dated: July 11, 2008