UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND THOMAS LOYD,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 07-1985 (JR)
                                    :
UNITED STATES OF AMERICA,           :
                                    :
        Defendant.                  :

### REFERRAL TO MEDIATION ORDER

Upon consideration of the joint motion for mediation [10], it is

**ORDERED** that the motion is **granted**. It is

**FURTHER ORDERED** that this matter is referred to the Court's Alternative Dispute Resolution Program for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by September 19, 2008. And it is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation.

                                    JAMES ROBERTSON
                              United States District Judge